# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2011

142040

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

EARL FLYNN TRUSS JR.,
      Defendant-Appellant.

SC: 142040
COA: 299129
Monroe CC: 09-037925-FC

_____/

On order of the Court, the application for leave to appeal the October 14, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2011

_____
Clerk

p0321